UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :    **SEALED ORDER**
                                  :
DENNIE BEACH,                     :    S1 21 Cr. 247 (PAE)
                                  :
                      Defendant.  :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the Government requesting that (1) the charging documents in the above-referenced case pertaining to the defendant DENNIE BEACH including Criminal Information S1 21 Cr. 247 (PAE), Criminal Complaint 20 Mag. 12156 and related charging paperwork (collectively, the "Beach Charging Documents"), remain under seal until further order of the Court; (2) the transcript of Beach's presentment, arraignment, and plea in this matter be sealed until further order of the Court; and (3) the docketing of the Beach Charging Documents and BEACH's presentment, arraignment, and plea be delayed until further order of the Court;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that (1) the Beach Charging Documents shall be sealed until further order of the Court; (2) the

transcript of Beach's presentment and arraignment in this matter shall be sealed until further order of the Court; and (3) the docketing of the Beach Charging Documents and Beach's presentment and arraignment in this matter be delayed until further order of the Court; and

    IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court.

SO ORDERED:

Dated: New York, New York
      August ___, 2021

*Paul A. Engelmayer*
_____
THE HONORABLE PAUL A. ENGELMAYER
United States District Judge
Southern District of New York