UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIE BEACH,<br>                   Defendant. | 21-CR-247-06 (PAE)<br><br>**ORDER<br>EXONERATING BOND** |

IT IS HEREBY ORDERED, upon the application of counsel for defendant Dennie Beach, that Mr. Beach's secured bond in this matter is hereby exonerated and released, and all suretors on Mr. Beach's secured bond and all property, including cash, posted as security for Mr. Beach's secured bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED that U.S. Pretrial Services or any other agency that has custody of Mr. Beach's passport return it to Mr. Beach or Mr. Beach's counsel in this matter. Any international travel, however, must be approved by the Court for the duration of the defendant's supervised release, unless otherwise ordered by the Court.

Dated: New York, New York
       May 3, 2023

SO ORDERED

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge